# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

In re: §
§
James Wayne Biggs, II § Case No. 14-46653
Elisha Ilene Biggs §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/21/2014. The undersigned trustee was appointed on 08/21/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    2,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 612.68 |
   | Bank service fees | 105.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    1,782.32

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/18/2015 and the deadline for filing governmental claims was 02/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 625.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 625.00 , for a total compensation of $ 625.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 309.33 , for total expenses of $ 309.33 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2015            By:/s/Seth A. Albin
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 14-46653 | KAS | Judge: | Kathy A. Surratt-States | Trustee Name: | Seth A. Albin |
|---|---|---|---|---|---|---|
| Case Name: | James Wayne Biggs, II | | | | Date Filed (f) or Converted (c): | 08/21/2014 (f) |
| | Elisha Ilene Biggs | | | | 341(a) Meeting Date: | 09/22/2014 |
| For Period Ending: | 07/10/2015 | | | | Claims Bar Date: | 02/18/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 821 Samone Ct., Ballwin Mo | 189,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 362 Bailey Branch Road, Petosi Mo 63664 (Vacant Land Co-Owne | 31,500.00 | 31,500.00 | OA | 0.00 | FA |
| 3. $50 Cash | 50.00 | 0.00 | OA | 0.00 | FA |
| 4. First Community Credit Union (####41-75) | 123.20 | 0.00 | OA | 0.00 | FA |
| 5. First Community Credit Union Savings (####41-09) | 97.23 | 0.00 | OA | 0.00 | FA |
| 6. Navy Federal Savings (####2008) | 1.00 | 0.00 | OA | 0.00 | FA |
| 7. Usaa Checking (####6275) | 170.65 | 0.00 | OA | 0.00 | FA |
| 8. First Community Savings (####Son's Account) | 1.00 | 0.00 | OA | 0.00 | FA |
| 9. First Community Savings (Son's Account) | 151.38 | 0.00 | OA | 0.00 | FA |
| 10. Couch, Recliner, Dining Set, Tv, Dishwasher, Washer, Dryer, | 1,700.00 | 0.00 | OA | 0.00 | FA |
| 11. Normal Assortment | 100.00 | 0.00 | OA | 0.00 | FA |
| 12. Normal Assortment | 100.00 | 0.00 | OA | 0.00 | FA |
| 13. 2 Wedding Rings | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 14. Normal Assortment Of Costume Jewelry | 500.00 | 0.00 | OA | 0.00 | FA |
| 15. 1 Gun (Glock .40 Cal.), And Assorted Sporting Goods | 300.00 | 0.00 | OA | 0.00 | FA |
| 16. Metlife Flexible Premium Whole Life | 12,487.00 | 0.00 | OA | 0.00 | FA |
| 17. Bankers Life And Casualty Co Univeral Life | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 18. Missouri Deferred Compensation Plan Retirement | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Mers | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. 2010 Vw Routon (34K Miles) | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 21. 2006 Dodge Caravan (78K Miles), Mr. Biggs Co-Ownes This Vehi | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 22. 2 Dogs | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Potential Avoidance Action Against Creditor (u) | 0.00 | 2,500.00 | OA | 2,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $256,281.46 | $34,000.00 | $2,500.00    $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for claims bar deadline to pass.

RE PROP #    23    --    At their 341 meeting, the Debtors testified that they paid $6,000.00 on August 6, 2014 to their dentist, Dr. Laura Hoover, as pre-payment for some dental work.  The Debtors further testified that some of the work was done pre-petition and some post-petition. After investigation and consultation with Dr. Biggs, Dr. Biggs offered and the Trustee agreed to accept payment of $2,500.00 as settlement of potential avoidance actions against Dr. Biggs.

Initial Projected Date of Final Report (TFR): 11/30/2015       Current Projected Date of Final Report (TFR): 11/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-46653  
Case Name: James Wayne Biggs, II  
Elisha Ilene Biggs  
Taxpayer ID No: XX-XXX7930  
For Period Ending: 07/10/2015  

Trustee Name: Seth A. Albin  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5260  
Checking  
Blanket Bond (per case limit): $8,200,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/14 | 23 | Laura M. Hoover, D.M.D. 298 Vance Road Valley Park, Misouri 63088 | Settlement Funds for Potential Avoidance Action | 1241-000 | $2,500.00 | | $2,500.00 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,485.00 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,470.00 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,455.00 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,440.00 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,425.00 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,410.00 |
| 06/15/15 | 10001 | Stewart, Mittleman, Heggie, Henry & Albin LLC 222 South Central Avenue Suite 501 Clayton, MO 63105 | Payment of Attorney for Trustee Fees | 3210-000 | | $455.00 | $1,955.00 |
| 06/15/15 | 10002 | Stewart, Mittleman, Heggie, Henry & Albin LLC 222 South Central Avenue Suite 501 Clayton, MO 63105 | Payment of Attorney for Trustee Expenses | 3120-000 | | $157.68 | $1,797.32 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,782.32 |

|  |  |
|---|---|
| COLUMN TOTALS | $2,500.00    $717.68 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Page Subtotals: | $2,500.00    $717.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

|  | | |
|---|---|---|
| Subtotal | $2,500.00 | $717.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,500.00 | $717.68 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5260 - Checking | $2,500.00 | $717.68 | $1,782.32 |
| | $2,500.00 | $717.68 | $1,782.32 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,500.00 |
| Total Gross Receipts: | $2,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46653  
Debtor Name: James Wayne Biggs, II  
Claims Bar Date: 2/18/2015  

Date: July 10, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Seth A. Albin<br>Albin Law<br>7710 Carondelet Avenue<br>Suite 405<br>Clayton, MO 63105 | Administrative | | $0.00 | $625.00 | $625.00 |
| 100 2200 | Seth A. Albin<br>Albin Law<br>7710 Carondelet Avenue<br>Suite 405<br>Clayton, MO 63105 | Administrative | | $0.00 | $309.33 | $309.33 |
| 100 3120 | Stewart, Mittleman, Heggie, Henry & Albin LLC<br>222 South Central Avenue<br>Suite 501<br>Clayton, MO 63105 | Administrative | | $0.00 | $157.68 | $157.68 |
| 100 3210 | Stewart, Mittleman, Heggie, Henry & Albin LLC<br>222 South Central Avenue<br>Suite 501<br>Clayton, MO 63105 | Administrative | | $0.00 | $455.00 | $455.00 |
| 1 300 7100 | Rffc Financial, Llc<br>2912 W. Davis St. Suite 200<br>Conroe, Tx 77304 | Unsecured | | $1,273.00 | $1,288.98 | $1,288.98 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $4,775.78 | $4,775.78 | $4,775.78 |
| 3 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $6,390.02 | $6,492.74 | $6,492.74 |
| 4 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $7,393.99 | $7,539.19 | $7,539.19 |
| 5 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $799.68 | $840.44 | $840.44 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46653  
Debtor Name: James Wayne Biggs, II  
Claims Bar Date: 2/18/2015  

Date: July 10, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Credit First Na<br>Po Box 818011<br>Cleveland, Oh 44181 | Unsecured | | $731.90 | $756.90 | $756.90 |
| 7 300 7100 | Usaa Federal Savings Bank<br>C O Weinstein, Pinson, And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $3,911.77 | $3,985.35 | $3,985.35 |
| 8 300 7100 | Usaa Federal Savings Bank<br>C O Weinstein, Pinson, And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $5,704.20 | $5,750.87 | $5,750.87 |
| 9 300 7100 | Capital One Na<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern Pa 19355-0701 | Unsecured | | $733.00 | $771.77 | $771.77 |
| 10 300 7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern Pa 19355-0701 | Unsecured | | $999.09 | $1,025.09 | $1,025.09 |
| 11 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Unsecured | | $1,304.16 | $1,354.91 | $1,354.91 |
| 12 300 7100 | World"s Foremost Bank<br>Cabela"s Club Visa<br>Po Box 82609<br>Lincoln, Ne 68501-2609 | Unsecured | | $3,084.81 | $3,157.71 | $3,157.71 |
| 13 300 7100 | Pyod Llc Its Successors And Assigns<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $8,474.70 | $8,646.43 | $8,646.43 |
| 14 300 7100 | Cavalry Spv I Llc<br>Bass And Associates Pc<br>3936 E Ft Lowell Road Suite 200<br>Tucson Az 85712 | Unsecured | | $5,020.40 | $5,096.83 | $5,096.83 |
| | Case Totals | | | $50,596.50 | $53,030.00 | $53,030.00 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: July 10, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46653  Date: July 10, 2015
Debtor Name: James Wayne Biggs, II
Claims Bar Date: 2/18/2015

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-46653
Case Name: James Wayne Biggs, II
               Elisha Ilene Biggs
Trustee Name: Seth A. Albin

         Balance on hand                             $         1,782.32

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Seth A. Albin | $ 625.00 | $ 0.00 | $ 625.00 |
| Trustee Expenses: Seth A. Albin | $ 309.33 | $ 0.00 | $ 309.33 |
| Attorney for Trustee Fees: Stewart, Mittleman, Heggie, Henry & Albin LLC | $ 455.00 | $ 455.00 | $ 0.00 |
| Attorney for Trustee Expenses: Stewart, Mittleman, Heggie, Henry & Albin LLC | $ 157.68 | $ 157.68 | $ 0.00 |

      Total to be paid for chapter 7 administrative expenses          $          934.33
      Remaining Balance                                              $         847.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,482.99 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rffc Financial, Llc | $ 1,288.98 | $ 0.00 | $ 21.23 |
| 2 | American Infosource Lp As Agent For | $ 4,775.78 | $ 0.00 | $ 78.66 |
| 3 | Discover Bank | $ 6,492.74 | $ 0.00 | $ 106.94 |
| 4 | Discover Bank | $ 7,539.19 | $ 0.00 | $ 124.18 |
| 5 | American Infosource Lp As Agent For | $ 840.44 | $ 0.00 | $ 13.84 |
| 6 | Credit First Na | $ 756.90 | $ 0.00 | $ 12.47 |
| 7 | Usaa Federal Savings Bank | $ 3,985.35 | $ 0.00 | $ 65.64 |
| 8 | Usaa Federal Savings Bank | $ 5,750.87 | $ 0.00 | $ 94.72 |
| 9 | Capital One Na | $ 771.77 | $ 0.00 | $ 12.71 |
| 10 | American Express Bank Fsb | $ 1,025.09 | $ 0.00 | $ 16.88 |
| 11 | Capital Recovery V, Llc | $ 1,354.91 | $ 0.00 | $ 22.32 |
| 12 | World"s Foremost Bank | $ 3,157.71 | $ 0.00 | $ 52.01 |
| 13 | Pyod Llc Its Successors And Assigns | $ 8,646.43 | $ 0.00 | $ 142.43 |
| 14 | Cavalry Spv I Llc | $ 5,096.83 | $ 0.00 | $ 83.96 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 847.99 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE